ARMED SERVICES BOARD OF CONTRACT APPEALS

| | | |
|---|---|---|
| Appeal of -- | ) | |
| | ) | |
| Xerox Corporation | ) | ASBCA No. 60138 |
| | ) | |
| Under Contract No. GS-25F-0062L | ) | |
| P.O. No. N00604-10-F-G009 | ) | |

APPEARANCE FOR THE APPELLANT:     Donald J. Walsh, Esq.
                                  Wright, Constable & Skeen, LLP
                                  Baltimore, MD

APPEARANCES FOR THE GOVERNMENT:   Ronald J. Borro, Esq.
                                  Navy Chief Trial Attorney
                                  Stephanie Cates-Harman, Esq.
                                  Assistant Director

ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: 1 June 2017

JOHN J. THRASHER
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 60138, Appeal of Xerox Corporation, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals